**INLAND HARBOR HOMEOWNERS ASS'N, INC. v. ST. JOSEPHS MARINA, LLC**

[366 N.C. 209 (2012)]

| | | |
|---|---|---|
| INLAND HARBOR HOMEOWNERS ASSOCIATION, INC. | ) | |
| v. | ) | From New Hanover County |
| ST. JOSEPHS MARINA, LLC, | ) | |
| RENAISSANCE HOLDINGS, LLC, | ) | |
| ST JOSEPHS PARTNERS, LLC | ) | |
| DEWITT REAL ESTATE | ) | |
| SERVICES, INC., DENNIS | ) | |
| BARBOUR, RANDY GAINEY, | ) | |
| THOMAS A. SAIEED, JR., | ) | |
| TODD A. SAIEED, ROBERT D. | ) | |
| JONES, and THE NORTH | ) | |
| CAROLINA COASTAL RESOURCES | ) | |
| COMMISSION | ) | |
| | ) | |

No. 156P12

(Filed 14 June 2012)

## ORDER

It appearing that the Court of Appeals has not addressed the issue, briefed on appeal, of whether or not defendant's motion for summary judgment was properly granted by the trial court, plaintiff's Petition for Discretionary Review is ALLOWED for the limited purpose of remanding to that court to address the issue. Defendant's Conditional Petition for Discretionary Review is DISMISSED as moot.

By order of this Court in Conference, this 13th day of June, 2012.

Hudson, J.
For the Court